(SHx), AO121, CLOSED, DISCOVERY, MANADR, PROTORD, RELATED–G, TRANSFERRED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:12–cv–04551–DMG–SH

| | |
|---|---|
| CBS Broadcasting Inc et al v. Dish Network Corporation et al | Date Filed: 05/24/2012 |
| Assigned to: Judge Dolly M. Gee | Date Terminated: 09/04/2012 |
| Referred to: Magistrate Judge Stephen J. Hillman | Jury Demand: None |
| Related Case:  2:12–cv–04529–DMG–SH | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**CBS Broadcasting Inc**          represented by **Jean P Nogues**
Mitchell Silberberg and Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064–1683
310–312–3152
Fax: 310–312–3788
Email: jpn@msk.com
*ATTORNEY TO BE NOTICED*

**Patricia H Benson**
Mitchell Silberberg and Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064–1683
310–312–3132
Fax: 310–312–3100
Email: phb@msk.com
*ATTORNEY TO BE NOTICED*

**Robert H Rotstein**
Mitchell Silberberg and Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064–1683
310–312–2000
Fax: 310–312–3100
Email: rxr@msk.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CBS Studios Inc**          represented by **Jean P Nogues**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia H Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert H Rotstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Survivor Productions LLC** | represented by | **Jean P Nogues**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Patricia H Benson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert H Rotstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Dish Network Corporation** | represented by | **Annette L Hurst**<br>Orrick Herrington and Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105−2669<br>415−773−5700<br>Fax: 415−773−5759<br>Email: ahurst@orrick.com<br>*ATTORNEY TO BE NOTICED* |
| | | **E Joshua Rosenkranz**<br>Orrick Herrington and Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019−6142<br>212−506−5000<br>Fax: 212−506−5151<br>Email: jrosenkranz@orrick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Elyse D Echtman**<br>Orrick Herrington and Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019−6142<br>212−506−5000<br>Fax: 215−506−5151<br>Email: eechtman@orrick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lisa T Simpson**<br>Orrick Herrington and Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019−6142<br>212−506−5000<br>Fax: 212−506−5151<br>Email: lsimpson@orrick.com |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A Lemley**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
415−362−6666
Fax: 415−236−6300
Email: mlemley@durietangri.com
*ATTORNEY TO BE NOTICED*

**Michael H Page**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
415−362−6666
Fax: 415−236−6300
Email: mpage@durietangri.com
*ATTORNEY TO BE NOTICED*

**Peter A Bicks**
Orrick Herrington and Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103−0001
212−506−5000
Fax: 212−506−5151
Email: pbicks@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A Molinski**
Orrick Herrington and Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
213−629−2020
Fax: 213−612−2499
Email: wmolinski@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dish Network LLC**                             represented by **Annette L Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E Joshua Rosenkranz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elyse D Echtman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa T Simpson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A Lemley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael H Page**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter A Bicks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A Molinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2012 | Ï 1 | COMPLAINT against Defendants Dish Network Corporation, Dish Network LLC.Case assigned to Judge Percy Anderson for all further proceedings. Discovery referred to Magistrate Judge Jay C. Gandhi.(Filing fee $ 350:PAID), filed by plaintiffs Survivor Productions LLC, CBS Broadcasting Inc, CBS Studios Inc.(ghap) (mg). (Entered: 05/29/2012) |
| 05/24/2012 | Ï | 21 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendants Dish Network Corporation, Dish Network LLC. (ghap) (Entered: 05/29/2012) |
| 05/24/2012 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC, identifying Other Affiliate GAMCO Investors Inc, Other Affiliate DJB Inc for Survivor Productions LLC; Other Affiliate CBS Corporation for CBS Broadcasting Inc, CBS Studios Inc. (ghap) (mg). (Entered: 05/29/2012) |
| 05/24/2012 | Ï 3 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (ghap) (Entered: 05/29/2012) |
| 05/24/2012 | Ï 4 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed.(ghap) (Entered: 05/29/2012) |
| 05/25/2012 | Ï 6 | STANDING ORDER by Judge Percy Anderson: This action has been assigned to the calendar of Judge Percy Anderson. All counsel are ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. See document for further details. (gk) (Entered: 05/29/2012) |
| 05/29/2012 | Ï 5 | NOTICE of Related Case(s) filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. Related Case(s): 12–4529; 12–4536 (Nogues, Jean) (Entered: 05/29/2012) |
| 06/05/2012 | Ï 7 | PROOF OF SERVICE Executed by Plaintiff Survivor Productions LLC, CBS Broadcasting Inc, CBS Studios Inc, upon Defendant Dish Network Corporation served on 5/31/2012, answer due |

|            |      |   |
|------------|------|---|
|            |      | 6/21/2012. Service of the Summons and Complaint were executed upon Stanton Dodge, Agent Authorized to Accept Service on Dish Network Corporation in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Nogues, Jean) (Entered: 06/05/2012) |
| 06/05/2012 | Ï 8  | PROOF OF SERVICE Executed by Plaintiff Survivor Productions LLC, CBS Broadcasting Inc, CBS Studios Inc, upon Defendant Dish Network LLC served on 5/30/2012, answer due 6/20/2012. Service of the Summons and Complaint were executed upon Becky DeGeorge, CSC Lawyers Incorporating Service, Registered Agent for Dish Network L.L.C. in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Nogues, Jean) (Entered: 06/05/2012) |
| 06/07/2012 | Ï 9  | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08–05 (Related Case) filed. Transfer of case declined by Judge George H. King, for the reasons set forth on this order. Related Case No. CV 12–04529 GHK(SHx) (rn) (Entered: 06/07/2012) |
| 06/15/2012 | Ï 10 | STIPULATION for Extension of Time to File Answer to 20 days after the Court in New York Action rules on the Motion for an Anti–Suit Injunction re Complaint – (Discovery), Complaint – (Discovery) 1 filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Proposed Order Granting Extension of Time to Respond to Initial Complaint)(Molinski, William) (Entered: 06/15/2012) |
| 06/18/2012 | Ï 11 | CERTIFICATE of Interested Parties filed by Defendants Dish Network Corporation, Dish Network LLC, identifying DISH NETWORK L.L.C.; DISH DBS Corporation; DISH Orbital Corporation; DISH Network Corp.. (Molinski, William) (Entered: 06/18/2012) |
| 06/19/2012 | Ï 12 | ORDER GRANTING Joint Stipulation to Extend Time to Respond to Initial Complaint 10 by Judge Percy Anderson that Defendants shall file a response to the Complaint on or before 20 days after the Court in the New York Action rules on the Motion for an Anti–Suit Injunction or upon notice by this Court to file a response. (jp) (Entered: 06/21/2012) |
| 06/28/2012 | Ï 13 | NOTICE OF PRO HAC VICE APPLICATION AND FILING FEE DUE on Pro Hac Vice Application mailed to E. Joshua Rosenkranz for Defendants Dish Network Corporation AND Dish Network L.L.C. (Attachments: # 1 G–64 Application, # 2 G–64 Proposed Order) (gk) (Entered: 06/28/2012) |
| 06/28/2012 | Ï 14 | NOTICE OF PRO HAC VICE APPLICATION AND FILING FEE DUE on Pro Hac Vice Application mailed to Peter A. Bicks for Defendants Dish Network Corporation AND Dish Network L.L.C. (Attachments: # 1 G–64 Application, # 2 G–64 Proposed Order) (gk) (Entered: 06/28/2012) |
| 06/28/2012 | Ï 15 | NOTICE OF PRO HAC VICE APPLICATION AND FILING FEE DUE on Pro Hac Vice Application mailed to Elyse D. Echtman for Defendants Dish Network Corporation AND Dish Network L.L.C. (Attachments: # 1 G–64 Application, # 2 G–64 Proposed Order) (gk) (Entered: 06/28/2012) |
| 07/10/2012 | Ï 16 | NOTICE of Decision: Ruling By District Court For the Southern District of New York filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 07/10/2012) |
| 07/16/2012 | Ï 17 | SUPPLEMENT to Notice of Related Case(s) 5 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Nogues, Jean) (Entered: 07/16/2012) |
| 07/20/2012 | Ï 18 | ORDER TRANSFERRING CIVIL ACTION pursuant to Section 3.1 of General Order 08–05. ORDER case transferred from Judge Percy Anderson to the calendar of Judge Dolly M. Gee for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 12–04551 DMG(JCGx). Signed by Judge Percy Anderson and Judge Dolly M. Gee. (rn) |

| | | |
|---|---|---|
| | | (Entered: 07/20/2012) |
| 07/24/2012 | 19 | APPLICATION for attorney Peter A. Bicks to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−10713125 paid.) filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Proposed Order on Application of Non−Resident Attorney to Appear in a Specific Case)(Molinski, William) (Entered: 07/24/2012) |
| 07/24/2012 | 20 | APPLICATION for attorney Elyse D. Echtman to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−10713255 paid.) filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Proposed Order on Application of Non−Resident Attorney to Appear in a Specific Case)(Molinski, William) (Entered: 07/24/2012) |
| 07/24/2012 | 21 | APPLICATION for attorney E. Joshua Rosenkranz to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−10713339 paid.) filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Proposed Order on Application of Non−Resident Attorney to Appear in a Specific Case)(Molinski, William) (Entered: 07/24/2012) |
| 07/24/2012 | 23 | ORDER by Judge Dolly M. Gee: granting 19 Application to Appear Pro Hac Vice by Attorney Peter A. Bicks on behalf of Defendants, designating William A. Molinski as local counsel. (lt) (Entered: 07/25/2012) |
| 07/24/2012 | 24 | ORDER by Judge Dolly M. Gee: granting 20 Application to Appear Pro Hac Vice by Attorney Elyse D. Echtman on behalf of Defendants, designating William Molinski as local counsel. (lt) (Entered: 07/25/2012) |
| 07/24/2012 | 25 | ORDER by Judge Dolly M. Gee: granting 21 Application to Appear Pro Hac Vice by Attorney E. Joshua Rosenkranz on behalf of Defendants, designating William A. Molinski as local counsel. (lt) (Entered: 07/25/2012) |
| 07/25/2012 | 22 | STIPULATION for Protective Order filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Attachments: # 1 Proposed Order)(Benson, Patricia) (Entered: 07/25/2012) |
| 07/26/2012 | 26 | PROTECTIVE ORDER by Magistrate Judge Jay C. Gandhi, WHEREAS, the Court has reviewed the parties Stipulated Protective Order dated July 25, 2012, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED THAT: 1. As used in this Order, Litigation Material(s) includes: (a) documents, exhibits, answers to interrogatories, responses to requests for admissions, deposition testimony and transcriptions (including exhibits), and all written, recorded, graphic or electronically−stored matters (and all identical and non−identical copies thereof); (b) any copies, notes, abstracts or summaries of such information, and the information itself; and (c) any pleading, affidavit, declaration, brief, motion, transcript, including exhibits to any of these, or other writing containing such information. re Stipulation for Protective Order 22 (SEE ORDER FOR FURTHER DETAILS) (lmh) (Main Document 26 replaced on 7/27/2012) (lmh). (Entered: 07/26/2012) |
| 07/27/2012 | 27 | NOTICE of Manual Filing filed by Defendants Dish Network Corporation, Dish Network LLC of (1) DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.S APPLICATION TO FILE UNDER SEAL;(2) [PROPOSED] ORDER GRANTING DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.S APPLICATION TO FILE UNDER SEAL; (3) DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.S MEMORANDUM OF POINTS AND AUTHORITIES N SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(3) OR, IN THE ALTERNATIVE, TRANSFER PURSUANT TO 28 U.S.C. § 1406(a);(4) EXHIBIT A TO THE DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE, TRANSFER PURSUANT TO 28 U.S.C. § 1406(a). (Molinski, William) (Entered: 07/27/2012) |

| | | |
|---|---|---|
| 07/27/2012 | Ï 28 | NOTICE OF MOTION AND MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* filed by Defendants Dish Network Corporation, Dish Network LLC. Motion set for hearing on 8/24/2012 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S.C. Section 1406(a), # 2 Proposed Order, # 3 Declaration of Melanie D. Phillips, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N)(Molinski, William) (Entered: 07/27/2012) |
| 07/27/2012 | Ï 31 | APPLICATION to File Under Seal filed by Defendants Dish Network Corporation and Dish Network L.L.C. Lodged Proposed Order. (gk) (Entered: 07/31/2012) |
| 07/30/2012 | Ï 29 | ORDER RE TRANSFER PURSUANT TO Local Rule 83–1.3.1 and General Order 08.05 −Related Case− filed. Related Case No: CV 12−04529 DMG(SHx). Case referred from Magistrate Judge Jay C. Gandhi to Magistrate Judge Stephen J. Hillman for DISCOVERY. The case number will now read as follows: CV 12−04551 DMG(SHx). Signed by Magistrate Judge Stephen J. Hillman. (rn) (Entered: 07/30/2012) |
| 07/30/2012 | Ï 30 | PROOF OF SERVICE filed by Defendants Dish Network Corporation, Dish Network LLC, *of Defendants Dish Network Corporation and Dish Network L.L.C.s Application To File Under Seal; [Proposed] Order Granting Defendants Dish Network Corporation and Dish Network L.L.C.s Application To File Under Seal; Defendants Dish Network Corporation and Dish Network L.L.C.s Memorandum Of Points And Authorities N Support Of Motion To Dismiss Pursuant To Rule 12(B)(3) Or, In The Alternative, Transfer Pursuant To 28 U.S.C. § 1406(A) [Filed Under Seal]; Exhibit A To The Declaration Of Melanie D. Phillips In Support Of Defendants Dish Network Corporation and Dish Network L.L.C.s Motion To Dismiss Pursuant To F.R.C.P. 12(B)(3) Or, In The Alternative, Transfer Pursuant To 28 U.S.C. § 1406(A)[Filed Under Seal]* served on July 27, 2012. (Molinski, William) (Entered: 07/30/2012) |
| 07/30/2012 | Ï 32 | ORDER GRANTING DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.'S APPLICATION TO FILE UNDER SEAL by Judge Dolly M. Gee: Defendants Dish Network Corporation and Dish Network L.L.C.'s Application for an Order to File Under Seal 31 is GRANTED in its entirety. The Clerk shall maintain under Seal the following documents: (1) Defendants Dish Network Corporation and Dish Network L.L.C.'s Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 u.S.C. Section 1406(a); and (2) Exhibit A to the Declaration of Melanie D. Phillips in Support of Defendants Dish Network Corporation and Dish Network L.L.C.'s Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 u.S.C. Section 1406(a). (gk) (Entered: 08/01/2012) |
| 07/30/2012 | Ï 33 | SEALED DOCUMENT− DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.'S MEMORANDUM of Points and Authorities in Support of Motion to Dismiss Pursuant to Rule 12 (b)(3) or, In the Alternative, Transfer Pursuant to 28 U.S. C. 1406(a). (mat) (Entered: 08/01/2012) |
| 07/30/2012 | Ï 34 | SEALED DOCUMENT− DEFENDANTS Dish Network Corporation and Dish Network LLLC's MEMORANDUM of Points and Authorities in Support of MOTION to Dismiss Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a). (mat) (Entered: 08/02/2012) |
| 07/30/2012 | Ï 48 | SEALED DOCUMENT−EXHIBIT A to the Declaration of Melanie D Phillips in Supoort of Defendants Dish Network Corporation and Dish Network LLC's MOTION to Dismiss or in the Alternative to Transfer (mg) (Entered: 08/07/2012) |

| | | |
|---|---|---|
| 08/02/2012 | Ï 35 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (im) (Entered: 08/02/2012) |
| 08/02/2012 | Ï 36 | MINUTE ORDER IN CHAMBERS–TRANSFER OF CASE TO JUDGE GEE by Judge Dolly M. Gee 18 . Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order Transferring Civil Action Under Section 3.1 of General Order 08–05, filed on July 20, 2012. SEE ORDER. (im) (Entered: 08/02/2012) |
| 08/02/2012 | Ï 37 | PROOF OF SERVICE filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC, re Initial Order upon Filing of Complaint 35 served on 08/02/2012. (Nogues, Jean) (Entered: 08/02/2012) |
| 08/03/2012 | Ï 38 | NOTICE of Manual Filing filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC of Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion to Dismiss AND Declaration of Joan Nicolais In Opposition To Defendants' Motion To Dismiss. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 39 | NOTICE of Manual Filing filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC of Plaintiffs' Memorandum of Points and Authorities, Declaration of Joan Nicolais, Application to File Under Seal, Proposed Order. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 40 | MEMORANDUM in Opposition to MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 41 | DECLARATION of Joan Nicolais In Opposition To Dish's Motion To Dismiss MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 42 | Evidentiary Objections To Declaration of Melanie D. Phillips In Opposition re: MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | Ï 43 | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DISH'S MOTION TO DISMISS re MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the |

| | | |
|---|---|---|
| | | *Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | 44 | DECLARATION of Robert H. Rotstein In Opposition To Dish's Motion To Dismiss MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | 45 | REVISED PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION re MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Rotstein, Robert) (Entered: 08/03/2012) |
| 08/03/2012 | 46 | APPLICATION to File Documents Under Seal filed by Plaintiffs CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC. Lodged Proposed Order. (gk) (Entered: 08/06/2012) |
| 08/03/2012 | 47 | PROOF OF SERVICE filed by Plaintiffs CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC, re Application to File Documents Under Seal 46 , Proposed Order, Plaintiffs' Memorandum of Points and Authorities in Opposition, and Declaration of Joan Nicolais in Opposition, served on 8/3/2012. (gk) (Entered: 08/06/2012) |
| 08/06/2012 | 50 | SEALED DOCUMENT−DECLARATION of Joan Nicolais in Opposition to Dish MOTION to Dismiss or, in the Alternative, Transfer. (mg) (Entered: 08/09/2012) |
| 08/06/2012 | 51 | SEALED DOCUMENT−PLAINTIFFS' MEMORANDUM of Points and Authorities in Opposition to Defendants Dish Network Corporations and Dish Network LLC's MOTION to Dismiss or, in the Alternative, Transfer. (mg) (Entered: 08/09/2012) |
| 08/06/2012 | 52 | ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL by Judge Dolly M. Gee: Plaintiffs' Application to File Documents Under Seal 46 is GRANTED in full. The Clerk of the Court shall maintain the following documents under seal: (1) Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants Dish Network Corporation and Dish Network L.L.C.'s Motion to Dismiss Pursuant to Rule 12(B)(3) or, in the Alternative, Transfer Pursuant to 28 U.S.C. Section 1406(a); and (2) Declaration of Joan Nicolais in Opposition to Defendants Dish Network Corporation and Dish Network L.L.C.'s Motion to Dismiss Pursuant to Rule 12(B)(3) or, in the Alternative, Transfer Pursuant to 28 U.S.C. Section 1406(a). (gk) (Entered: 08/09/2012) |
| 08/08/2012 | 49 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 . The following error(s) was found: Other error(s) with document(s) are specified below. The correct event is: Motions − (1) Dismiss Case; and (2) Transfer Case. Other error(s) with document(s): Filer docketed this multi−part motion with the event Motions − |

| | | |
|---|---|---|
| | | *Dismiss Case, only.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so.* (im) (Entered: 08/08/2012) |
| 08/10/2012 | Ï 53 | REPLY in support MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Declaration William A. Molinski)(Molinski, William) (Entered: 08/10/2012) |
| 08/10/2012 | Ï 54 | DEFENDANTS DISH NETWORK CORPORATION AND DISH NETWORK L.L.C.'S RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MELANIE D. PHILLIPS [DOCKET NO. 42] re MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* MOTION to Dismiss Case *Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S. C. Section 1406(a)* 28 filed by Defendants Dish Network Corporation, Dish Network LLC. (Molinski, William) (Entered: 08/10/2012) |
| 08/24/2012 | Ï 55 | TRANSCRIPT ORDER for date of proceedings August 24, 2012 to August 24, 2012 as to Plaintiffs CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC Court Reporter Anne Kielwasser. Court will contact Kimberly Stewart at kls@msk.com with any questions regarding this order. Transcript portion requested: Other: Hearing on Motion to Dismiss or Transfer. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Rotstein, Robert) (Entered: 08/24/2012) |
| 08/24/2012 | Ï 56 | TRANSCRIPT ORDER for date of proceedings August 24, 2012 to August 24, 2012 as to Defendants Dish Network Corporation, Dish Network LLC Court Reporter Anne Kielwasser. Court will contact Maria Navarro at mm7@orrick.com with any questions regarding this order. Transcript portion requested: Other: August 24, 2012. Category: Expedited. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Molinski, William) (Entered: 08/24/2012) |
| 08/24/2012 | Ï 57 | MINUTES OF Motion Hearing held before Judge Dolly M. Gee: The Court and counsel confer. Following oral argument, the Court advises counsel that Defendants Dish Network Corporation and Dish Network L.L.C.'s Motion to Dismiss Pursuant to Rule 12(b)(3) or, in the Alternative, Transfer Pursuant to 28 U.S.C. Section 1406(a) 28 is taken under submission and a written order will issue. Court Reporter: Deborah Gackle. (gk) (Entered: 08/28/2012) |
| 08/29/2012 | Ï 58 | APPLICATION for attorney Lisa Toth Simpson to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−10884347 paid.) filed by Defendants Dish Network Corporation, Dish Network LLC. (Attachments: # 1 Proposed Order)(Molinski, William) (Entered: 08/29/2012) |
| 09/04/2012 | Ï 59 | MINUTES OF IN CHAMBERS – ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(3) OR, IN THE ALTERNATIVE, TRANSFER PURSUANT TO 28 U.S.C. SECTION 1406(a) by Judge Dolly M. Gee: Defendants DISH Network Corporation and DISH Network L.L.C.'s Motion to Dismiss 28 is GRANTED. The action shall be transferred to the Southern District of New York. ( MD JS−6. Case Terminated ) Not Reported. (Attachments: # 1 CV−22 Transmittal Letter) (gk) (Entered: 09/04/2012) |