

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

March 5, 2014

Elyse D. Echtman
(212) 506-3753
eechtman@orrick.com

**VIA FACSIMILE**

The Honorable Kevin N. Fox
Chief United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS) (KNF)
      **This Document Relates To**: *DISH Network L.L.C.*, No. 12 Civ. 4155 (LTS) (KNF)

Dear Judge Fox:

We write on behalf of DISH Network L.L.C., DISH Network Corporation, and EchoStar Technologies L.L.C. (collectively, the "DISH Parties") and ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (collectively, the "ABC Parties"). The DISH Parties and the ABC Parties have reached a settlement of the above-referenced matter and a stipulation dismissing the claims between the DISH Parties and the ABC Parties was submitted to the Orders and Judgments Clerk on March 4, 2014. In light of the settlement, the DISH Parties and the ABC Parties respectfully request that the settlement conference scheduled for April 2, 2014 (ECF No. 240) be removed from the Court's calendar.

3/5/14
Application granted.
Based on the above, the
Settlement conference scheduled
previously for April 2, 2014, is
cancelled.   SO ORDERED:
            /Kevin Nathaniel Fox/
    KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Elyse D. Echtman

cc:   counsel of record (via e-mail)